IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN A. MALACK; MICHAEL R. ROSATI; VIRGIL MAGNON; S.S. RAJARAM M.D.; HAYWARD PEDIATRICS, INC.; AND HENRY MUNSTER <br><br> v. <br><br> BDO SEIDMAN, LLP | : <br> : <br> : <br> : CIVIL ACTION NO. 08-0784 <br> : <br> : <br> : <br> : |

ORDER

AND NOW, this   3rd   day of August 2009, upon consideration of plaintiffs' motion for class certification, defendant's response, plaintiff's reply, defendant's surreply and plaintiff's response thereto, and oral argument held on July 14, 2009 and plaintiff's supplemental briefing thereto, and for the reasons set forth in the accompanying memorandum, it is ORDERED that plaintiffs' motion for class certification is DENIED.

/s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.